# UNITED STATES DISTRICT COURT

## District of Minnesota

Hussein Jama Hussein,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Peter Berg,
Samuel J. Olson, John Doe,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-202 NEB/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Hussein J.H.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

   b. ENJOINS Respondents from denying release or other relief on the basis that Petitioner is subject to mandatory detention under § 1225(b)(2);

   c. ENJOINS Respondents moving Petitioner outside of Minnesota prior to his release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return Petitioner to Minnesota;

d. ORDERS that Respondents **immediately release** Petitioner from custody in Minnesota subject to the conditions of his February 1, 2023 Order of Release on Recognizance; and

e. ORDERS that, within **two days**, Respondents confirm Petitioner's release in Minnesota by filing notice on the docket.

2. The remainder of Petitioner's Petition is DENIED WITHOUT PREJUDICE.

Date: 1/17/2026

KATE M. FOGARTY, CLERK